JS-6

FILED
CLERK, U.S. DISTRICT COURT
APR 11 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALGENON CALVIN McCALL,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>J. D. HARTLEY, warden,<br><br>　　　　Respondent. | Case No. EDCV 08-0409 RSWL (AN)<br><br>JUDGMENT |

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 11 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IT IS HEREBY ADJUDGED THAT this action is summarily dismissed without prejudice for the reasons stated in the related memorandum and order.

DATED: April 10, 2008

RONALD S.W. LEW
_____
RONALD S. W. LEW
SENIOR JUDGE